**COURT EXHIBIT**

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                                 :
UNITED STATES OF AMERICA,
                                                                 :

                                                                 :
                         – against –                             : **VERDICT SHEET**

                                                                 : 23-CR-437 (AMD)

**BRANDON NUDELMAN**,                                            :

                                                                 :
                                      Defendant.                 :

---------------------------------------------------------------- X

**COUNT ONE:  Firearms Trafficking Conspiracy**

1.  On the charge of COUNT ONE, how do you find the defendant BRANDON NUDELMAN?

    **GUILTY** __✓__     **NOT GUILTY** _____

**COUNT TWO:  Unlicensed Firearms Manufacturing and Dealing**

2.  On the charge of COUNT TWO, how do you find the defendant BRANDON NUDELMAN?

    **GUILTY** __✓__     **NOT GUILTY** _____

**COUNT THREE:  Conspiracy to Obstruct Justice**

3.  On the charge of COUNT THREE, how do you find the defendant BRANDON NUDELMAN?

    **GUILTY** __✓__     **NOT GUILTY** _____

DATED:   Brooklyn, NY
         March __5__, 2026

                                        _____
                                             Signature of Foreperson