T | M | R
TALKIN MUCCIGROSSO & ROBERTS LLP

August 17, 2026

Alexandria Lohwasser
United States Probation Officer
Eastern District of
27 Johnson Street Brooklyn, NY 11201

Re: United States v. Michael Daddea
23 Cr. 437 (AMD)

Dear Ms. Lohwasser:

Thank you for your patience and for allowing me time to review the trial transcript. Mr. Daddea does not have any factual objections to the Presentence Investigation Report ("PSR"). Although we are appreciative of the 2-point mitigation role reduction set forth in paraphs 52 and 67, we respectfully submit that a 3-point reduction is appropriate here. Approximately 45% of the total offense level is attributable to enhancements that are applicable to the offense of conviction through actions of his co-conspirators, not conduct he personally undertook. Although the principle of foreseeability holds Mr. Daddea accountable for these enhancements, his role in the offense, and particularly as to the enhancements, warrants a larger reduction due to the outsized effect these enhancements have on his total offense level.

Thank you for your consideration of this letter.

Respectfully submitted,

*Sanford Talkin*
Sanford Talkin

Cc: AUSA Arun Bodapati (by email and ECF)