DAWN M. FLORIO
LAW FIRM PLLC
488 Madison Avenue, 20th Floor, New York, NY 10022
dawnfloriolaw.com | dawn@dawnfloriolaw.com | (212) 939-9539

October 16, 2026

*VIA ECF*
Honorable Ann M. Donnelley
United States District Court
225 Cadman Plaza East, Courtroom 4G
Brooklyn, New York 11201

RE: *United States v. Justin Nudelman;* 23-CR-00437-AMD

Judge Ann M. Donnelley,

Your Honor,

I, Dawn M. Florio, Esq., represent Justin Nudelman on the above instant matter currently scheduled for sentencing on November 13, 2026 at 11:00 am. We request it be adjourned to January 22, 2027, or another Friday in January other than January 8. Our office is engaged in a lengthy homicide trial in the Bronx, which we anticipate lasting through at least the end of the year.

This is the second request made by the defense for an adjournment of sentencing; the Court had previously adjourned the sentencing *sua sponte*. The Government does not oppose this request.

Pursuant to Individual Rule 2(E) this adjournment would impact the due dates as follows: the defense sentencing submission would be due on January 1, 2027, and the Government submission on January 8, 2027.

Dated: 10/16/2026

*Respectfully Submitted,*

*Dawn M. Florio*

Dawn M. Florio Law Firm P.L.L.C.
By DAWN M. FLORIO
Attorney for Defendant
Justin Nudelman
488 Madison Ave, 20th
New York, NY 10022

(212) 939-9539

To: Clerk of the District Court
Eastern District of New York