MOSKOWITZ COLSON
GINSBERG SCHULMAN

Moskowitz Colson
Ginsberg & Schulman LLP
One Battery Park Plaza
31st Floor
New York, NY 10004
(212) 257-6455
www.mcgsllp.com

October 22, 2026

**VIA ECF**

Judge Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Ronnie Mershon,* 23 Cr. 437 (AMD)

Dear Judge Donnelly:

I represent Mr. Ronnie Mershon in the above-captioned matter. Sentencing is presently scheduled for November 20, 2026.

With the consent of the government, I respectfully request that sentencing be adjourned to a date convenient for the Court in February 2027. The defense is continuing to gather mitigation-related records and letters of support concerning Mr. Mershon's history, character and circumstances. Additional time would allow the defense to obtain and review those materials and ensure that its sentencing submission presents the Court with as complete a record as possible. This is the defense's second request for an adjournment of sentencing.

Thank you for the Court's attention and consideration of this request.

Respectfully submitted,

________________________
Eylan Schulman

cc: Special AUSA Arun Bodapati