CORVA
LAW
110 West 40th Street, Suite 1003 · New York, N.Y. 10018 · (646) 974-1143 · www.corvalaw.com

October 26, 2026

Judge Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Brandon Nudelman, 23-CR-437 (S-2) (AMD)

Dear Judge Donnelly:

Our firm represents Brandon Nudelman in the above-captioned matter. Brandon Nudelman is scheduled to appear before the Court for sentencing on December 11, 2026.

We write to respectfully request that Brandon Nudelman's sentencing date be adjourned until a date convenient for the Court in February 2027. We have conferred with the government and they have consented to our request. We are seeking the adjournment to allow the defense additional time to gather mitigation-related material and because co-counsel, Elizabeth Geddes, is beginning a trial before The Honorable Kiyo A. Matsumoto on November 2, 2026 that is expected to last for approximately one month. This is the defense's first request for an adjournment of sentencing.

We appreciate the Court's time and consideration of our request.

Respectfully submitted,

Margaret Gandy

Margaret Gandy

cc: Trial Attorney Arun Bodapati
Special AUSA Samuel Rackear